IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | |
|---|---|
| GREGORY LAWRENCE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1811-CC01195 |
| TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC., *et al.*, | ) Division: 5 |
| Defendants. | ) |

## MEMORANDUM TO THE COURT

COMES NOW Plaintiff, by and through his undersigned counsel, and files herewith Return of Service upon Defendants TVS Supply Chain Solutions North America, Inc, and James Brand. Service on the above-listed Defendants was effectuated on January 3, 2019, and January 6, 2019. A copy of the affidavits confirming service is attached hereto, respectively, as Exhibit A.

Respectfully Submitted

/s Cyrus Dashtaki
Cyrus Dashtaki, #57606
Dashtaki Law Firm, LLC
5205 Hampton Avenue
St. Louis, MO 63109
Telephone:   (314) 932-7671
Facsimile:   (314) 932-7672
Email:       cyrus@dashtaki.com

*Attorneys for Plaintiff Gregory Lawrence*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on this 7th day of January 2019, a true and correct copy of the foregoing was filed electronically with Court's filing system, and was served upon all counsel of record.

/s/ Cyrus Dashtaki



EXHIBIT A



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1811-CC01195 |
|---|---|
| Plaintiff/Petitioner:<br>GREGORY LAWRENCE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CYRUS C DASHTAKI<br>5205 HAMPTON AVENUE<br>SAINT LOUIS, MO  63109 |
| Defendant/Respondent:<br>TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC. | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC.
Alias:
PERSON IN CHARGE
114 PIPER HILL DRIVE STE 201
ST. PETERS, MO 63376

**COURT SEAL OF ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**December 27, 2018**
Date

/s/ Judy Zerr
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: CATHY ALLEN (name) SENIOR EXECUTIVE ASSISTANT (title).
☐ other: _____.

Served at _____ (address)
in ST. PETERS (County/City of St. Louis), MO, on 1/3/19 (date) at 12:07 PM (time).

SPS Mark Rodebaugh #623
Printed Name of Sheriff or Server

SPS Mark Rodebaugh #623
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on January 7, 2019 (date).
My commission expires: 6-12-2021
Date

Leia Beljeno
Notary Public

**Sheriff's Fees, if applicable**
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage           $_____ (____ miles @ $____ per mile)
Total             $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: ON A. CUNNINGHAM | Case Number: 1811-CC01195 |
|---|---|
| Plaintiff/Petitioner: GREGORY LAWRENCE vs. | Plaintiff's/Petitioner's Attorney/Address CYRUS C DASHTAKI 5205 HAMPTON AVENUE SAINT LOUIS, MO 63109 |
| Defendant/Respondent: TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC. | Court Address: 300 N 2nd STREET SAINT CHARLES, MO 63301 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JAMES BRAND
Alias:

933 CHULA DRIVE
HAZELWOOD, MO 63042



COURT SEAL OF
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>December 27, 2018</u>          /s/ Judy Zerr
Date                                           Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at 933 CHULA DRIVE _____ (address)
in HAZELWOOD _____ (County/City of St. Louis), MO, on 1/6/19 (date) at 10:39 AM (time).

SPO MARK RODEBAUGH #623          SPS Mark Rodebaugh #623
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on January 7, 2019 (date).
My commission expires: 06/12/2021          Alexis Leia Bafone
                                    Date                         Notary Public

### Sheriff's Fees, if applicable
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.